IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HARDING LOVETT,<br>Plaintiff,<br><br>v.<br><br>JARRETT K. NEFF,<br>BETH NESTER,<br>STATE ATTORNEY OFFICE OF ST. CLAIR COUNTY,<br>ST. CLAIR COUNTY, ILLINOIS,<br>ST. CLAIR COUNTY SHERIFF'S DEPARTMENT,<br>SHANE BROWN,<br>KURT EVERSMAN,<br>KEVIN KOCUREK,<br>WILLIAM CASTO, and<br>MATHEW LINDLEY,<br>Defendants. | Case No. 17–CV–01023–JPG |

## **JUDGMENT**

This matter having come before the Court,

**IT IS HEREBY ORDERED AND ADJUDGED** that the following defendants are **DISMISSED WITHOUT PREJUDICE**:

- St. Clair County, Illinois;

- St. Clair County Sheriff's Department;

- Shane Brown;

- Kurt Eversman;

- Kevin Kocurek;

- William Casto; and

- Mathew Lindley.

— 2 —

**IT IS FURTHER ORDERED AND ADJUDGED** that the following defendants are **DISMISSED WITH PREJUDICE**:

- Jarrett K. Neff;
- Beth Nester; and
- State Attorney Office of St. Clair County.

**Dated: Tuesday, September 22, 2020**        **MARGARET M. ROBERTIE**
                                              **CLERK OF COURT**

                                              **s/Tina Gray, Deputy Clerk**

**Approved by: s/J. Phil Gilbert**
              **J. PHIL GILBERT**
              **UNITED STATES DISTRICT JUDGE**